AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tucker, Petrese B. | PA-Eastern District | 06/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Room 9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1751

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | PA State Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | PA SERS State Employee Retirement System | $28,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Commonwealth of PA - Common Pleas Court Judge - Salary |
| 2. | 2012 | Cottage Home - Rental income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Philadelphia Bar Association Conference | Oct, 2012 | Atlantic City, NJ | Conference Speaker | Overnight accomadations and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Farm Credit of the Virginias | Mortgage on Land | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Land Halifax County, VA | | None | L | W | | | | | |
| 2. Royal Bank - bank accounts | A | Interest | J | T | | | | | |
| 3. Estate #1 - Real Estate Phila, PA Appraisal Date 1/20/09 | | None | M | Q | | | | | |
| 4. Estate #1 - PNC Bank | A | Interest | J | T | | | | | |
| 5. 3M Company | A | Dividend | J | T | Buy | 06/25/12 | J | | |
| 6. ABBOTT LABORATORIES-5.875% 5/15/06 - CORP BONDS | A | Interest | | | Sold (part) | 02/17/12 | J | A | |
| 7. | | | | | Sold | 11/29/12 | J | A | |
| 8. Abbott Labs | A | Dividend | J | T | Buy | 02/06/12 | J | | |
| 9. | | | | | Buy (add'l) | 10/09/12 | J | | |
| 10. ABERCROMBIE & FITCH CO | A | Dividend | | | Sold | 03/13/12 | J | | |
| 11. ADT CORP SHS | A | Dividend | J | T | Buy | 11/29/12 | J | | |
| 12. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 13. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 14. AETNA INC NEW (Y) | | | | | | | | | |
| 15. AGILENT TECHNOLOGIES INC | A | Dividend | J | T | Sold (part) | 02/13/12 | J | | |
| 16. | | | | | Sold (part) | 05/07/12 | J | | |
| 17. ALLERGAN INC | A | Dividend | J | T | Sold (part) | 07/31/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 19. ALLIANZ NFJ DIVIDENT VALUE FUND | A | Dividend | J | T | | | | | |
| 20. Allstate Corp Del | A | Dividend | J | T | Sold (part) | 07/10/12 | J | | |
| 21. ALTERA CORP | | None | | | Sold | 01/04/12 | J | A | |
| 22. AMAZON COM INC COM | | None | J | T | Buy (add'l) | 02/10/12 | J | | |
| 23. | | | | | Buy (add'l) | 03/27/12 | J | | |
| 24. | | | | | Buy (add'l) | 05/08/12 | J | | |
| 25. | | | | | Buy (add'l) | 06/06/12 | J | | |
| 26. AMER EXPRESS COMP | A | Dividend | J | T | Sold (part) | 05/01/12 | J | A | |
| 27. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 28. AMER INTL GROUP | | None | J | T | Buy | 08/17/12 | J | | |
| 29. | | | | | Buy (add'l) | 09/17/12 | J | | |
| 30. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 31. AMEREN CORP | A | Dividend | | | Sold (part) | 07/10/12 | J | | |
| 32. | | | | | Sold | 08/16/12 | J | | |
| 33. AMERICAN EXPRESS-GLOBAL NOTES 6.15% 9/28/2017 | A | Interest | J | T | | | | | |
| 34. AMERIPRISE FINANCIAL INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  AMERISOURCEBERGEN CORP | A | Dividend | | | Sold | 10/2/12 | J | A | |
| 36.  AMGEN INC COM PV $.0001 | A | Dividend | J | T | Buy (add'l) | 03/19/12 | J | | |
| 37. | | | | | Sold (part) | 10/12/12 | J | A | |
| 38. | | | | | Sold (part) | 01/03/12 | J | A | |
| 39.  AMN ELEC POWER CO | A | Dividend | J | T | Buy (add'l) | 01/05/12 | J | | |
| 40. | | | | | Sold (part) | 01/17/12 | J | A | |
| 41. | | | | | Sold (part) | 01/18/12 | J | A | |
| 42.  ANALOG DEVICES INC COM | | None | | | Sold | 01/03/12 | J | | |
| 43.  ANGLOGOLD ASHANTI LTD | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 44.  ANHEUSER-BUSCH INBEV ADR | A | Dividend | J | T | Buy (add'l) | 03/19/12 | J | | |
| 45. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 46. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 47.  ANHEUSER-BUSCH INBEV SA GLB-2.875% 2/15/2016 | A | Interest | | | Sold (part) | 07/10/12 | J | A | |
| 48. | | | | | Sold | 07/10/12 | J | A | |
| 49.  ANHEUSER-BUSCH INBEV SA GLB-4.125% 1/15/2015 | A | Interest | J | T | | | | | |
| 50.  ANNALY CAP MGMT INC | A | Dividend | J | T | | | | | |
| 51.  AON CORP COM | A | Dividend | | | Sold | 03/19/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. APACHE CORP | A | Dividend | | | Buy (add'l) | 01/17/12 | J | | |
| 53. | | | | | Buy (add'l) | 01/30/12 | J | | |
| 54. | | | | | Sold (part) | 03/19/12 | J | A | |
| 55. | | | | | Sold (part) | 08/28/12 | J | | |
| 56. | | | | | Sold | 11/1/12 | J | | |
| 57. Apple Computer | A | Dividend | K | T | Sold (part) | 02/17/12 | J | B | |
| 58. | | | | | Sold (part) | 07/25/12 | J | B | |
| 59. | | | | | Sold (part) | 10/08/12 | J | B | |
| 60. | | | | | Sold (part) | 10/11/12 | J | B | |
| 61. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 62. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 63. | | | | | Buy (add'l) | 06/25/12 | J | | |
| 64. | | | | | Sold (part) | 07/10/12 | J | B | |
| 65. APPLIED MATERIAL INC | A | Dividend | | | Sold (part) | 01/17/12 | J | | |
| 66. | | | | | Sold | 02/21/12 | J | | |
| 67. ASML HLDG NV NEW YORK | A | Dividend | J | T | Sold (part) | 12/03/12 | J | | |
| 68. ASSA ABLOY AB (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ASTRAZENECA PLC BONDS | A | Interest | J | T | | | | | |
| 70. ASTRAZENECA PLC SPND ADR | A | Dividend | J | T | Buy (add'l) | 01/09/12 | J | | |
| 71. | | | | | Buy (add'l) | 10/2/12 | J | | |
| 72. AT&T | A | Dividend | J | T | Sold (part) | 07/10/12 | J | | |
| 73. AT&T INC GLOBAL BONDS-3% 2/15/2022 | A | Interest | J | T | Buy | 02/09/12 | J | | |
| 74. AUTOZONE INC NEVADA COM | | None | J | T | Buy | 06/07/12 | J | | |
| 75. AXA | A | Dividend | | | Buy | 03/19/12 | J | | |
| 76. | | | | | Sold | 06/12/12 | J | | |
| 77. BAIDU INC SPON ADR | | None | J | T | Buy | 10/22/12 | J | | |
| 78. BANCO DO BRASIL SA-SPON | A | Dividend | J | T | Buy (add'l) | 03/20/12 | J | | |
| 79. BANK MANDIRI TBK-UNSPON | A | Dividend | J | T | Buy | 03/05/12 | J | | |
| 80. BARRICK GOLD CORPORATION | A | Dividend | J | T | Buy (add'l) | 01/27/12 | J | | |
| 81. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 82. | | | | | Sold (part) | 03/19/12 | J | A | |
| 83. BAYERISCHE MOTORENWERKE | A | Dividend | | | Buy (add'l) | 03/19/12 | J | | |
| 84. | | | | | Sold | 10/03/12 | J | A | |
| 85. BERKSHIRE HAYAWAY FIN CO-1.60% 5/15/2017 | A | Interest | J | T | Buy | 09/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BERKSHIRE HAYAWAY INC | | None | J | T | | | | | |
| 87. BG GROUP PLC SPON ADR | A | Dividend | J | T | Sold (part) | 05/18/12 | J | | |
| 88. BHP BILLITON LTD ADR | A | Dividend | | | Buy (add'l) | 03/19/12 | J | | |
| 89. | | | | | Sold | 10/11/12 | J | A | |
| 90. BIF MONDY FUND | A | Dividend | L | T | | | | | |
| 91. BIOGEN IDEC | | None | J | T | | | | | |
| 92. BLACKROCK BOND ALLOC TARGET SHS SERIES C | B | Dividend | K | T | Sold (part) | 05/08/12 | J | A | |
| 93. | | | | | Sold (part) | 06/04/12 | J | A | |
| 94. | | | | | Sold (part) | 07/09/12 | J | A | |
| 95. | | | | | Sold (part) | 09/04/12 | J | A | |
| 96. BLACKROCK BOND ALLOC TARGET SHS SERIES M | B | Dividend | K | T | Sold (part) | 06/04/12 | J | A | |
| 97. | | | | | Sold (part) | 07/09/12 | J | A | |
| 98. BLACKROCK EQTY DIVIDEND | A | Dividend | J | T | | | | | |
| 99. BOEING CO - GLOBAL BONDS | A | Interest | J | T | | | | | |
| 100. BOEING COMPANY | A | Dividend | J | T | Buy (add'l) | 03/19/12 | J | | |
| 101. BORG WARNER INC COM | | None | J | T | | | | | |
| 102. BOTTLING GROUP INC GLB-6.95% 3/15/2014 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BP CAPITAL MARKETS PLC GLB-1.7% 12/5/2014 | A | Interest | J | T | | | | | |
| 104. BP CAPITAL MARKETS PLC GLB-3.875% 3/1/2015 | A | Interest | J | T | Buy | 01/11/12 | J | | |
| 105. BRISTOL MYER SQUIBB | A | Dividend | J | T | Buy (add'l) | 08/27/12 | J | | |
| 106. | | | | | Sold (part) | 01/03/12 | J | A | |
| 107. | | | | | Sold (part) | 11/1/12 | J | A | |
| 108. BRITISH AMERICAN TOBACCO | A | Dividend | J | T | Buy (add'l) | 03/19/12 | J | | |
| 109. CA Inc | A | Dividend | J | T | Sold (part) | 03/19/12 | J | A | |
| 110. | | | | | Sold (part) | 10/08/12 | J | A | |
| 111. | | | | | Buy (add'l) | 05/02/12 | J | | |
| 112. | | | | | Buy (add'l) | 05/10/12 | J | | |
| 113. CAMECO CORP COM | A | Dividend | | | Sold | 02/27/12 | J | | |
| 114. CAMERON INTL CORT | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 115. CANADIAN NATURAL RES | A | Dividend | | | Buy | 01/10/12 | J | | |
| 116. | | | | | Sold | 03/19/12 | J | | |
| 117. CAPITAL ONE FINANCIAL CORP | | None | | | Sold | 01/30/12 | J | A | |
| 118. CARDINAL HEALTH INC OHIO (Y) | | | | | | | | | |
| 119. CARREFOUR SA SHS | | None | | | Sold | 03/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CATERPILLER FINANCIAL SE - 7.150% 2/15/2019 (X) | A | Interest | J | T | | | | | |
| 121. Caterpillar Inc stock | A | Dividend | | | Sold | 10/02/12 | J | | |
| 122. CERNER CORP | | None | J | T | Buy (add'l) | 05/09/12 | J | | |
| 123. CF INDS HLDGS INC | A | Dividend | | | Sold (part) | 08/13/12 | J | A | |
| 124. | | | | | Sold | 12/12/12 | J | A | |
| 125. CGG VERITAS | | None | J | T | Buy | 04/26/12 | J | | |
| 126. CHESAPEAKE ENERGY OKLA | A | Dividend | | | Sold (part) | 05/11/12 | J | | |
| 127. | | | | | Sold | 05/29/12 | J | | |
| 128. CHEVRON CORP | A | Dividend | J | T | Buy (add'l) | 01/03/12 | J | | |
| 129. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 130. | | | | | Sold (part) | 06/04/12 | J | A | |
| 131. CHINA CONSTRUCT UNSPN AD | A | Dividend | J | T | Buy | 03/28/12 | J | | |
| 132. CHUBB CORP | A | Dividend | J | T | Buy | 05/14/12 | J | | |
| 133. | | | | | Buy (add'l) | 05/29/12 | J | | |
| 134. CISCO SYSTEMS INC | A | Dividend | J | T | Buy | 02/09/12 | J | | |
| 135. | | | | | Buy (add'l) | 05/18/12 | J | | |
| 136. | | | | | Buy (add'l) | 05/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CITIGROUP INC COM NEW (FOMERLY CITIGROUP INC') | A | Dividend | J | T | Buy (add'l) | 06/12/12 | J | | |
| 138. | | | | | Buy (add'l) | 06/13/12 | J | | |
| 139. CITIGROUP INC - SUB NOTES | A | Interest | J | T | | | | | |
| 140. CITRIX SYSTEMS | | None | | | Sold (part) | 01/27/12 | J | A | |
| 141. | | | | | Sold | 11/12/12 | J | A | |
| 142. CLIFFS NATURAL RESOURCES | A | Dividend | | | Sold | 05/29/12 | J | | |
| 143. CME GROUP INC (Y) | | | | | | | | | |
| 144. CMS ENERGY CORP | | None | | | Sold | 01/03/12 | J | B | |
| 145. COACH INC | A | Dividend | | | Sold (part) | 06/06/12 | J | A | |
| 146. | | | | | Sold | 06/07/12 | J | A | |
| 147. Coca Cola Com | A | Dividend | J | T | Sold (part) | 02/09/12 | J | A | |
| 148. | | | | | Sold (part) | 02/10/12 | J | A | |
| 149. | | | | | Sold (part) | 02/17/12 | J | A | |
| 150. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 151. COGNIZANT TECH SOLUTIONS | | None | | | Buy | 01/05/12 | J | | |
| 152. | | | | | Buy (add'l) | 01/09/12 | J | | |
| 153. | | | | | Sold (part) | 05/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 06/12/12 | J | | |
| 155. | | | | | Sold | 06/13/12 | J | | |
| 156. COLUMBIA VALUE & RESTRUCTURING FUND CL Z | | None | | | Sold | 03/21/12 | J | A | |
| 157. COMCAST CORP - BONDS | A | Interest | J | T | | | | | |
| 158. COMCAST CORP NEW CL A | A | Dividend | J | T | Buy (add'l) | 03/19/12 | J | | |
| 159. | | | | | Sold (part) | 06/04/12 | J | A | |
| 160. | | | | | Sold (part) | 07/10/12 | J | A | |
| 161. COMERICA INC | A | Dividend | | | Sold (part) | 09/04/12 | J | | |
| 162. | | | | | Sold | 09/06/12 | J | | |
| 163. Conoco Phillips | A | Dividend | J | T | Sold (part) | 01/26/12 | J | A | |
| 164. | | | | | Buy (add'l) | 01/03/12 | J | | |
| 165. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 166. | | | | | Sold (part) | 06/04/12 | J | | |
| 167. | | | | | Sold (part) | 07/09/12 | J | | |
| 168. | | | | | Sold (part) | 07/10/12 | J | | |
| 169. | | | | | Buy (add'l) | 05/08/12 | J | | |
| 170. CONOCOPHILLIPS GLB-4.75% 2/1/2014 | A | Interest | | | Sold | 08/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  CORNING INC | | None | | | Sold | 02/13/12 | J | | |
| 172.  COVIDIEN PLC SHS | A | Dividend | | | Buy (add'l) | 07/30/12 | J | | |
| 173. | | | | | Sold (part) | 11/08/12 | J | A | |
| 174. | | | | | Sold | 11/09/12 | J | A | |
| 175.  CROWN CASTLE INTL CORP | | None | J | T | Buy | 04/27/12 | J | | |
| 176. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 177. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 178.  CVS CAREMARK CORP (X) | A | Dividend | J | T | Buy (add'l) | 07/09/12 | J | | |
| 179.  CVS CAREMARK CORP-5.75% 3/1/2017 | A | Interest | | | Sold (part) | 02/17/12 | J | A | |
| 180. | | | | | Sold | 12/27/12 | J | A | |
| 181.  DAIMLERCHRYSLER NA HOLDING-BONDS 6.5% 11/15/2013 | A | Interest | J | T | | | | | |
| 182.  DAITO TR CONSTRUCTION CO | A | Dividend | J | T | Buy (add'l) | 03/21/12 | J | | |
| 183.  DANAHER CORP DEL | A | Dividend | J | T | | | | | |
| 184.  DELL INC | | None | | | Sold | 07/26/12 | J | | |
| 185.  DEVON ENERGY CORP (Y) | | | | | | | | | |
| 186.  DIRECTTV HLDG/FIN INC-3.5% 3/1/16 | A | Interest | J | T | | | | | |
| 187.  DISCOVER COMMUNICATION | | None | J | T | Buy | 06/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 189. DISCOVER FINL SVCS | A | Dividend | J | T | Sold (part) | 05/14/12 | J | A | |
| 190. | | | | | Sold (part) | 10/08/12 | J | A | |
| 191. DR PEPPER SNAPPLE GROUP | A | Dividend | | | Sold | 04/25/12 | J | A | |
| 192. DU PONT E I DE NEMOURS | A | Dividend | J | T | Buy | 03/13/12 | J | | |
| 193. | | | | | Buy (add'l) | 03/14/12 | J | | |
| 194. E M C CORPORATION MAS | | None | J | T | Buy (add'l) | 08/01/12 | J | | |
| 195. | | | | | Buy (add'l) | 10/08/12 | J | | |
| 196. EASTMAN CHEMICAL CO COM (X) | A | Dividend | | | Sold (part) | 02/03/12 | J | A | |
| 197. | | | | | Sold (part) | 03/13/12 | J | A | |
| 198. | | | | | Sold | 04/02/12 | J | A | |
| 199. EDISON INTL CALIF | A | Dividend | | | Sold (part) | 01/05/12 | J | A | |
| 200. | | | | | Sold (part) | 01/06/12 | J | A | |
| 201. | | | | | Sold | 01/18/12 | J | A | |
| 202. EDWARDS LIFESCIENCES CRP | | None | J | T | Sold (part) | 06/19/12 | J | A | |
| 203. | | | | | Sold (part) | 06/20/12 | J | A | |
| 204. | | | | | Sold (part) | 06/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 08/07/12 | J | A | |
| 206. | | | | | Sold (part) | 08/08/12 | J | A | |
| 207. | | | | | Sold (part) | 08/09/12 | J | A | |
| 208. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 209. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 210. ENI SPA SPONSORED | | None | J | T | Buy | 11/02/12 | J | | |
| 211. ENSCO PLC SHS CLA A (FORMERLLY ENSCO INTL LTD SPNSR ADR) | A | Dividend | J | T | | | | | |
| 212. ENTERPRISE PRODUCTS OPER CO-3.2% 2/1/2016 | A | Interest | | | Sold | 06/01/12 | J | | |
| 213. ENTERPRISE PRODUCTS OPER CO-5.2% 9/1/2020 | A | Interest | J | T | | | | | |
| 214. EOG RESOURCES | A | Dividend | J | T | Sold (part) | 06/18/12 | J | | |
| 215. | | | | | Sold (part) | 06/19/12 | J | | |
| 216. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 217. EXELON CORP BONDS 4.9% 6/15/2015 | A | Interest | J | T | | | | | |
| 218. EXPERIAN PLC SP ADR | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 219. EXPRESS SCRIPT HLDG CO (FORMERLLY Express Scripts Inc Com) | | None | J | T | Buy (add'l) | 07/09/12 | J | | |
| 220. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 221. | | | | | Sold (part) | 11/13/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 11/14/12 | J | | |
| 223. Exxon Mobil | A | Dividend | J | T | | | | | |
| 224. FACEBOOK INC | | None | J | T | Buy | 05/18/12 | J | | |
| 225. FAMILY DOLLAR STORES | A | Dividend | J | T | Buy (add'l) | 05/08/12 | J | | |
| 226. FANUC LTD-UNSP (X) | | None | | | Sold | 01/31/12 | J | A | |
| 227. FED HOME LN MTG CORP-6.125% 3/15/2012 | A | Interest | | | Redeemed (part) | 01/09/12 | J | | |
| 228. | | | | | Redeemed (part) | 01/11/12 | J | | |
| 229. | | | | | Redeemed (part) | 01/31/12 | J | | |
| 230. | | | | | Redeemed | 03/15/12 | J | | |
| 231. FED HOME LN MTG CORP-4.875% 11/15/013 | A | Interest | J | T | | | | | |
| 232. FED HOME LN MTG CORP-5.125% 7/15/2012 | A | Interest | | | Redeemed | 07/15/12 | J | | |
| 233. FED NAT'L MTG ASSOC-.75% 12/18/2013 | A | Interest | | | Redeemed | 08/03/12 | J | A | |
| 234. FED NAT'L MTG ASSOC-.625% 12/29/2014 | A | Interest | J | T | Buy | 02/16/12 | J | | |
| 235. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 236. | | | | | Buy (add'l) | 08/03/12 | J | | |
| 237. FED NAT'L MTG ASSOC-6.125% 3/15/2012 | A | Interest | | | Redeemed | 03/15/12 | J | | |
| 238. FED NAT'L MTG ASSOC-.625% 10/30/14 | A | Interest | J | T | Buy | 05/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Redeemed (part) | 06/04/12 | J | | |
| 240. | | | | | Redeemed (part) | 07/10/12 | J | | |
| 241. FED NAT'L MTG ASSOC-1.250% 1/31/2017 | A | Interest | J | T | Buy | 02/14/12 | J | | |
| 242. | | | | | Redeemed (part) | 06/04/12 | J | A | |
| 243. | | | | | Redeemed (part) | 07/10/12 | J | A | |
| 244. FEDEX CORP DELAWARE COM | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 245. FHLMC 04 50% 2040 | A | Interest | | | Redeemed | 08/13/12 | J | | |
| 246. FHLMC 04% 2040 | A | Interest | J | T | Buy | 08/14/12 | J | | |
| 247. FHLMC 50% 2041 | A | Interest | J | T | Buy | 06/07/12 | J | | |
| 248. FHLMC 4% 2040 | A | Interest | | | Redeemed | 09/20/12 | J | A | |
| 249. FHLMC 50% 2021 | A | Interest | | | Redeemed | 06/07/12 | J | | |
| 250. FHLMC 50% 2037 | B | Interest | | | Redeemed (part) | 09/10/12 | J | | |
| 251. | | | | | Redeemed | 11/27/12 | J | | |
| 252. FHLMC 05% 2038 | A | Interest | | | Buy | 07/12/12 | J | | |
| 253. | | | | | Redeemed | 11/15/12 | J | | |
| 254. FHLMC 05% 2038 | B | Interest | | | Redeemed (part) | 04/09/12 | J | | |
| 255. | | | | | Redeemed | 11/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  FIFTH THIRD BANCORP | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 257. | | | | | Sold (part) | 05/31/12 | J | | |
| 258. | | | | | Buy | 08/28/12 | J | | |
| 259.  FINMECCANICA SPA SHS | A | Dividend | | | Sold | 01/10/12 | J | | |
| 260.  FLUOR CORP NEW | A | Dividend | J | T | Sold (part) | 12/13/12 | J | | |
| 261.  FNMA         6% 2038 | A | Interest | | | Redeemed | 09/10/12 | J | A | |
| 262.  FNMA         6% 2034 | A | Interest | | | Redeemed | 04/26/12 | J | A | |
| 263.  FNMA         5% 2035 | B | Interest | J | T | | | | | |
| 264.  FNMA         5% 2036 | A | Interest | | | Redeemed | 09/10/12 | J | | |
| 265.  FNMA         5% 2033 | A | Interest | J | T | | | | | |
| 266.  FNMA         5% 2036 | A | Interest | | | Redeemed | 02/14/12 | J | A | |
| 267.  FNMA         5.5% 2037 | A | Interest | | | Redeemed | 02/14/12 | J | A | |
| 268.  FNMA         50% 2038 | B | Interest | | | Redeemed | 11/27/12 | J | | |
| 269.  FNMA         6% 2038 | B | Interest | J | T | | | | | |
| 270.  FNMA         5% 2038 | A | Interest | | | Redeemed | 06/07/12 | J | | |
| 271.  FNMA         50% 2023 | B | Interest | | | Redeemed | 02/14/12 | J | | |
| 272.  FNMA         50% 2039 | A | Interest | | | Redeemed | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. FNMA        50% 2039 (X) | A | Interest | | | Redeemed | 09/10/12 | J | | |
| 274. FNMA        50% 2024 | A | Int./Div. | J | T | Buy | 09/18/12 | J | | |
| 275. FNMA        50% 2040 | A | Interest | | | Redeemed | 02/14/12 | J | A | |
| 276. FNMA        50% 2039 | A | Interest | | | Redeemed | 11/27/12 | J | | |
| 277. FNMA        50% 2040 | A | Interest | J | T | Buy | 02/10/12 | J | | |
| 278. | | | | | Redeemed (part) | 09/10/12 | J | | |
| 279. FNMA        04% 2041 | B | Interest | J | T | Buy | 04/19/12 | J | | |
| 280. FNMA        50% 2041 | A | Interest | | | Redeemed | 04/09/12 | J | A | |
| 281. FNMA        50% 2041 | A | Interest | | | Redeemed | 02/14/12 | J | | |
| 282. FNMA        50% 2042 | A | Interest | J | T | Buy | 05/11/12 | J | | |
| 283. | | | | | Redeemed (part) | 06/07/12 | J | A | |
| 284. FNMA        50% 2041 | B | Interest | J | T | | | | | |
| 285. FNMA        05% 2041 | A | Interest | | | Buy | 05/15/12 | J | | |
| 286. | | | | | Redeemed | 09/10/12 | J | | |
| 287. FNMA        50% 2042 | A | Interest | J | T | Buy | 10/05/12 | J | | |
| 288. FNMA        03% 2042 | A | Interest | J | T | Buy | 11/07/12 | J | | |
| 289. FNMA        4% 2041 | A | Interest | J | T | Redeemed (part) | 06/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. FREEPRT-MCMRAN CPR & GLD | A | Dividend | J | T | | | | | |
| 291. FUJIFIM HLDGS CORP ADR | | None | | | Sold | 03/19/12 | J | | |
| 292. GAP INC DELAWARE | A | Dividend | J | T | Sold (part) | 12/26/12 | J | A | |
| 293. GENERAL ELEC CAP CORP GLB-1.625% 7/02/2015 | | None | J | T | Buy | 10/23/12 | J | | |
| 294. GENERAL ELEC CAP CORP SER MTN-5.625% 9/15/2017 | | None | J | T | Buy | 10/24/12 | J | | |
| 295. GENERAL ELECTRIC CAP CORP SENIOR BONDS 5.25% 10/19/2012 | A | Interest | | | Sold (part) | 06/04/12 | J | | |
| 296. | | | | | Sold | 10/19/12 | J | | |
| 297. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 11/02/12 | J | | |
| 298. | | | | | Buy (add'l) | 11/05/12 | J | | |
| 299. GENERAL MOTORS CO | | None | | | Sold | 03/19/12 | J | | |
| 300. GENL DYNAMICS | A | Dividend | | | Sold | 08/06/12 | J | A | |
| 301. GENWORTH FINANCIAL INC COM CL A (X) | | None | | | Sold | 03/19/12 | J | | |
| 302. GILEAD SCIENCE INC | | None | J | T | Buy | 02/03/12 | J | | |
| 303. | | | | | Sold (part) | 05/09/12 | J | | |
| 304. | | | | | Buy (add'l) | 11/12/12 | J | | |
| 305. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 306. GLAXOSMITHKLINE CAPITAL-5.65% 5/15/2018 | A | Interest | J | T | Redeemed (part) | 02/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  GlaxoSmithKline PLC ADR | A | Dividend | | | Buy (add'l) | 03/19/12 | J | | |
| 308. | | | | | Sold (part) | 05/22/12 | J | | |
| 309. | | | | | Sold | 05/30/12 | J | A | |
| 310.  GOLD FIELDS SP ADR NEW | A | Dividend | | | Sold | 03/19/12 | J | | |
| 311.  GOLDMAN SACHS GROUP INC | A | Dividend | J | T | Sold (part) | 03/19/12 | J | | |
| 312. | | | | | Buy (add'l) | 10/08/12 | J | | |
| 313.  GOLDMAN SACHS GROUP INC - NOTES | A | Interest | J | T | | | | | |
| 314.  GOOGLE INC | | None | K | T | Sold (part) | 01/12/12 | J | A | |
| 315. | | | | | Sold (part) | 02/17/12 | J | | |
| 316. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 317. | | | | | Buy (add'l) | 06/19/12 | J | | |
| 318.  Halliburton Company | A | Dividend | J | T | | | | | |
| 319.  HARBOR INTERNATIONAL | A | Dividend | J | T | | | | | |
| 320.  HARRIS CORP DEL (FORMERLY HARRIS STRATEX NETWORK) | A | Dividend | J | T | | | | | |
| 321.  Hartford Financial Services Inc | A | Dividend | | | Sold | 03/19/12 | J | | |
| 322.  HOME RETAIL GROUP PLC | A | Dividend | | | Sold | 03/19/12 | J | | |
| 323.  Honeywell Intl Inc Del | A | Dividend | J | T | Buy (add'l) | 03/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  HUDSON CITY BANKCORP INC | A | Dividend | | | Sold | 09/10/12 | J | | |
| 325.  IMB CORP 4.47% 11/19/2012 | A | Interest | | | Redeemed | 11/29/12 | J | | |
| 326.  ILLUMINA INC COM | | None | J | T | Sold (part) | 01/26/12 | J | | |
| 327. | | | | | Buy (add'l) | 04/18/12 | J | | |
| 328.  INGERSOL-RAND PLC | A | Dividend | J | T | Sold (part) | 03/19/12 | J | | |
| 329. | | | | | Buy (add'l) | 10/08/12 | J | | |
| 330.  Intel Corp | A | Dividend | J | T | Sold (part) | 07/13/12 | J | A | |
| 331. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 332. | | | | | Sold (part) | 09/10/12 | J | | |
| 333. | | | | | Sold (part) | 09/10/12 | J | A | |
| 334. | | | | | Sold (part) | 10/08/12 | J | A | |
| 335.  INTERTEK GROUP PLC SHS | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 336.  International Business Machines | A | Dividend | J | T | Buy (add'l) | 09/05/12 | J | | |
| 337. | | | | | Buy (add'l) | 09/21/12 | J | | |
| 338. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 339.  INTL PAPER CO | A | Dividend | J | T | Sold (part) | 07/10/12 | J | A | |
| 340. | | | | | Buy (add'l) | 06/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 09/14/12 | J | A | |
| 342. IVY ASSET STRATEGY FUND CL I (X) | A | Dividend | J | T | | | | | |
| 343. JOHN DEERE CORP - GLOBAL BONDS 7% 3/15/2012 | A | Interest | | | Sold | 03/15/12 | J | | |
| 344. JOHNSON AND JOHNSON | A | Dividend | J | T | Sold (part) | 04/18/12 | J | | |
| 345. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 346. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 347. | | | | | Sold (part) | 02/06/12 | J | A | |
| 348. JOY GLOBAL INC | A | Dividend | J | T | Buy | 01/25/12 | J | | |
| 349. JP Morgan Chase & Co | A | Dividend | K | T | Buy (add'l) | 03/02/12 | J | | |
| 350. | | | | | Sold (part) | 05/07/12 | J | A | |
| 351. | | | | | Sold (part) | 06/11/12 | J | | |
| 352. | | | | | Buy (add'l) | 04/16/12 | J | | |
| 353. | | | | | Buy (add'l) | 06/14/12 | J | | |
| 354. | | | | | Sold (part) | 07/10/12 | J | | |
| 355. JP MORGAN CHASE GLB-3.150% 7/5/2016 | A | Interest | J | T | Buy | 06/04/12 | J | | |
| 356. JP MORGAN CHASE BONDS | A | Interest | J | T | Redeemed (part) | 02/17/12 | J | A | |
| 357. JUNIPER NETWORKS INC | | None | | | Sold | 04/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. KASIKORNBANK PCL-UNSPON | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 359. Kimberly Clark | A | Dividend | J | T | Sold (part) | 01/05/12 | J | A | |
| 360. | | | | | Sold (part) | 07/10/12 | J | A | |
| 361. KINDER MORGAN INC. DEL | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 362. | | | | | Buy (add'l) | 08/03/12 | J | | |
| 363. | | | | | Buy (add'l) | 08/06/12 | J | | |
| 364. KINROSS GOLD CORP | | None | | | Sold | 03/19/12 | J | | |
| 365. KLA TENCOR CORP PVS0.001 | A | Dividend | J | T | Buy | 08/28/12 | J | | |
| 366. KOC HLDG AS-UNSPON | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 367. KOHLS CORP WISC PV 1CT | A | Dividend | | | Sold | 05/17/12 | J | | |
| 368. KOREA ELEC POWER SPN ADR | | None | | | Sold | 03/19/12 | J | | |
| 369. KRAFT FOODS | A | Dividend | J | T | Buy | 04/27/12 | J | | |
| 370. | | | | | Buy (add'l) | 05/02/12 | J | | |
| 371. | | | | | Buy (add'l) | 06/20/12 | J | | |
| 372. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 373. KRAFT FOODS GLB 5.375% 2/10/2020 | A | Interest | J | T | | | | | |
| 374. KROGER CO | A | Interest | | | Sold (part) | 01/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 02/13/12 | J | | |
| 376. | | | | | Sold | 07/16/12 | J | | |
| 377. L-3 COMMUNICATIONS HOLDING | A | Dividend | | | Sold | 08/06/12 | J | | |
| 378. LAS VEGAS SANDS CORP | A | Dividend | | | Sold (part) | 01/24/12 | J | A | |
| 379. | | | | | Sold (part) | 02/17/12 | J | A | |
| 380. | | | | | Sold | 09/24/12 | J | | |
| 381. LAUDER ESTEE COMPANIES INC CL A | A | Dividend | | | Sold (part) | 07/11/12 | J | A | |
| 382. | | | | | Sold | 07/16/12 | J | A | |
| 383. | | | | | | | | | |
| 384. LILLY ELI & CO | A | Dividend | J | T | Sold (part) | 01/27/12 | J | A | |
| 385. | | | | | Sold (part) | 01/31/12 | J | A | |
| 386. LIMITED BRANDS INC (Y) | | | | | | | | | |
| 387. LINKEDIN CORP | | None | J | T | Buy | 05/16/12 | J | | |
| 388. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 389. | | | | | Sold (part) | 10/12/12 | J | A | |
| 390. LIXIL GROUP CORPORATION | A | Dividend | J | T | Buy | 03/21/12 | J | | |
| 391. LOCKHEED MARTIN CORP | A | Dividend | J | T | Sold (part) | 08/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 10/08/12 | J | A | |
| 393. LOEWS CORP (X) | A | Distribution | | | Sold | 03/19/12 | J | A | |
| 394. LORILLARD INC | | None | | | Sold (part) | 01/31/12 | J | | |
| 395. | | | | | Sold | 02/01/12 | J | | |
| 396. LVMH MOET HENNESSY ADR (X) | A | Dividend | J | T | | | | | |
| 397. MAINSTAY LARGE CAP | A | Distribution | J | T | | | | | |
| 398. MARATHON OIL CORP | A | Dividend | J | T | Sold (part) | 05/14/12 | J | | |
| 399. MARATHON PETROLEUM OIL | A | Dividend | J | T | Buy | 05/07/12 | J | | |
| 400. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 401. MASTERCARD INC (X) | A | Dividend | J | T | Buy (add'l) | 11/01/12 | J | | |
| 402. MATTEL INC COM | A | Dividend | J | T | | | | | |
| 403. MCDONALDS CORP | A | Dividend | | | Sold (part) | 04/20/12 | J | A | |
| 404. | | | | | Sold | 05/09/12 | J | A | |
| 405. MCKESSON CORPORATION COM | A | Dividend | J | T | Buy | 01/09/12 | J | | |
| 406. | | | | | Buy (add'l) | 04/23/12 | J | | |
| 407. | | | | | Sold (part) | 07/09/12 | J | A | |
| 408. MEAD JOHNSON NUTRTION CO | A | Dividend | | | Sold (part) | 02/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold (part) | 07/11/12 | J | B | |
| 410. | | | | | Sold (part) | 07/16/12 | J | A | |
| 411. | | | | | Sold | 07/16/12 | J | | |
| 412. MEADWESTVACO CORP | A | Dividend | | | Sold (part) | 01/30/12 | J | A | |
| 413. | | | | | Sold | 01/31/12 | J | A | |
| 414. METRONIC INC COM | A | Dividend | J | T | | | | | |
| 415. MERCK AND CO INC | A | Dividend | J | T | Sold (part) | 03/19/12 | J | A | |
| 416. | | | | | Buy (add'l) | 06/25/12 | J | | |
| 417. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 418. | | | | | Buy (add'l) | 04/09/12 | J | | |
| 419. Metlife Inc | A | Dividend | J | T | Sold (part) | 03/19/12 | J | A | |
| 420. MFS VALUE FD CL 1 | A | Dividend | J | T | Buy | 03/21/12 | J | | |
| 421. Microsoft Corp | A | Dividend | K | T | Buy (add'l) | 03/02/12 | J | | |
| 422. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 423. | | | | | Sold (part) | 03/19/12 | J | A | |
| 424. | | | | | Sold (part) | 06/04/12 | J | | |
| 425. | | | | | Sold (part) | 05/02/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Sold (part) | 05/08/12 | J | A | |
| 427. | | | | | Buy (add'l) | 08/16/12 | J | | |
| 428. | | | | | Buy (add'l) | 08/22/12 | J | | |
| 429. MITSUBISHI ESTATE ADR | A | Dividend | J | T | Buy (add'l) | 03/21/12 | J | | |
| 430. MOLSON COOR BREW CO CL B | A | Dividend | J | T | Buy | 08/15/12 | J | | |
| 431. MONDELEZ INTERNATIONAL INC | | None | J | T | Buy | 10/02/12 | J | | |
| 432. MONSANTO CO NEW DEL COM | A | Dividend | J | T | Buy (add'l) | 01/06/12 | J | | |
| 433. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 434. | | | | | Sold (part) | 11/26/12 | J | A | |
| 435. MORGAN ST DEAN WITTER GLB-6.6% 4/1/2012 | A | Interest | | | Redeemed | 04/02/12 | J | | |
| 436. MOTOROLA SOLUTIONS INC | A | Dividend | | | Sold (part) | 01/30/12 | J | A | |
| 437. | | | | | Sold (part) | 04/30/12 | J | A | |
| 438. | | | | | Sold | 05/01/12 | J | A | |
| 439. MRV ENGENHRA SPND ADR | A | Dividend | | | Buy (add'l) | 03/20/12 | J | | |
| 440. | | | | | Sold | 12/04/12 | J | | |
| 441. | | | | | | | | | |
| 442. MS&AD INS GROUP HLDGS | | None | | | Sold | 03/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 49

Name of Person Reporting

Tucker, Petrese B.

Date of Report

06/14/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. NABORS INDUSTRIES LTD | | None | | | Sold | 08/28/12 | J | | |
| 444. NATIONALOIL WELL VARCO | A | Dividend | | | Sold | 05/08/12 | J | | |
| 445. NETAPP INC | | None | | | Buy | 02/21/12 | J | | |
| 446. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 447. | | | | | Buy (add'l) | 03/26/12 | J | | |
| 448. | | | | | Sold | 06/13/12 | J | | |
| 449. NETFLIX COM INC | | None | | | Sold (part) | 01/26/12 | J | A | |
| 450. | | | | | Sold | 05/31/12 | J | | |
| 451. NEW CORP CL A | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 452. NEWCREST MNG LTD SPN ADR | | None | | | Sold | 03/16/12 | J | A | |
| 453. NEWMONT MINING CORP | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 454. NEXTERA ENERGY INC SHS | A | Dividend | J | T | Buy | 10/12/12 | J | | |
| 455. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 456. NIKE INC | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 457. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 458. | | | | | Sold (part) | 09/19/12 | J | | |
| 459. | | | | | Sold (part) | 12/12/12 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 31 of 49

**Name of Person Reporting**

Tucker, Petrese B.

**Date of Report**

06/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. NINTENDO LTD ADR (X) | A | Dividend | | | Sold | 03/19/12 | J | | |
| 461. NIPPON TELG&TEL SPDN ADR | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 462. NOBLE ENERGY INC (X) | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 463. Nokia Corp | | None | | | Sold | 03/16/12 | J | | |
| 464. NORTHROP GRUMMAN CORP | A | Dividend | J | T | Buy (add'l) | 01/30/12 | J | | |
| 465. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 466. | | | | | Sold (part) | 08/13/12 | J | A | |
| 467. OAO GAZPROM SPON ADR | | None | | | Sold | 01/09/12 | J | A | |
| 468. OCCIDENTAL PETE CORP CAL | A | Dividend | J | T | Buy | 02/03/12 | J | | |
| 469. | | | | | Buy (add'l) | 02/06/12 | J | | |
| 470. | | | | | Sold (part) | 06/12/12 | J | | |
| 471. Oracle Corp | A | Dividend | J | T | Sold (part) | 02/17/12 | J | A | |
| 472. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 473. | | | | | Sold (part) | 03/23/12 | J | A | |
| 474. | | | | | Sold (part) | 06/21/12 | J | A | |
| 475. | | | | | Sold (part) | 10/18/12 | J | A | |
| 476. | | | | | Buy (add'l) | 03/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 01/10/12 | J | A | |
| 478. | | | | | Buy (add'l) | 10/08/12 | J | | |
| 479. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 480. O'REILLY AUTOMOTIVE INC | | None | J | T | Buy | 07/16/12 | J | | |
| 481. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 482. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 483. PACCAR INC (X) | A | Dividend | | | Sold | 03/16/12 | J | A | |
| 484. PANASONIC CORP SHS | | None | | | Sold | 03/19/12 | J | | |
| 485. PARKER HANNIFIN CORP | A | Dividend | | | Buy | 01/03/12 | J | | |
| 486. | | | | | Buy (add'l) | 02/13/12 | J | | |
| 487. | | | | | Sold (part) | 08/13/12 | J | A | |
| 488. | | | | | Sold | 12/12/12 | J | | |
| 489. Pepsico Inc | A | Dividend | | | Buy (add'l) | 06/20/12 | J | | |
| 490. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 491. | | | | | Sold (part) | 10/11/12 | J | A | |
| 492. | | | | | Sold | 10/17/12 | J | A | |
| 493. PETROFAC LTD | A | Dividend | J | T | Buy | 03/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 49

**Name of Person Reporting**

Tucker, Petrese B.

**Date of Report**

06/14/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Pfizer Inc Del PV .05 | A | Dividend | K | T | Buy (add'l) | 07/13/12 | J | | |
| 495. | | | | | Buy (add'l) | 08/13/12 | J | | |
| 496. | | | | | Sold (part) | 07/10/12 | J | | |
| 497. PFIZER INC-6.2% 3/15/2019 | A | Interest | J | T | | | | | |
| 498. PHILIP MORRIS INTL INC | A | Dividend | J | T | Buy (add'l) | 02/10/12 | J | | |
| 499. | | | | | Buy (add'l) | 02/13/12 | J | | |
| 500. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 501. | | | | | Buy (add'l) | 06/20/12 | J | | |
| 502. | | | | | Sold (part) | 11/02/12 | J | A | |
| 503. | | | | | Sold (part) | 12/05/12 | J | A | |
| 504. | | | | | Sold (part) | 12/06/12 | J | A | |
| 505. | | | | | Sold (part) | 04/16/12 | J | A | |
| 506. PHILIPS ELECTRONIC NV GLB-3.750% 3/15/2022 | A | Interest | J | T | Buy | 03/06/12 | J | | |
| 507. PHILLIPS 66 SHS | A | Int./Div. | J | T | Buy | 05/15/12 | J | | |
| 508. PIMCO EMERGING LOCAL BOND FUND | A | Dividend | | | Sold | 03/21/12 | J | A | |
| 509. PIMCO FIXED INCOME SHS SERIES C INSTL | B | Dividend | K | T | Buy (add'l) | 04/02/12 | J | | |
| 510. | | | | | Sold (part) | 07/09/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. | | | | | Sold (part) | 09/04/12 | J | A | |
| 512. PIMCO FIXED INCOME SHS SERIES M INSTL | B | Interest | K | T | Buy (add'l) | 04/02/12 | J | | |
| 513. | | | | | Sold (part) | 07/09/12 | J | A | |
| 514. | | | | | Sold (part) | 09/04/12 | J | A | |
| 515. PIMCO TOTAL RETURN FUND CL P | A | Dividend | J | T | | | | | |
| 516. PITNEY BOWES INC | A | Dividend | | | Sold (part) | 03/19/12 | J | | |
| 517. | | | | | Sold (part) | 07/27/12 | J | | |
| 518. | | | | | Sold | 08/13/12 | J | | |
| 519. PNC FINANCIAL SERVICES GROUP INC | A | Dividend | J | T | | | | | |
| 520. POTASH CORP SASKATCHEWAN | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 521. PPG INDUSTRIES INC | | None | J | T | Buy | 12/12/12 | J | | |
| 522. PRAXAIR INC | A | Dividend | | | Sold | 08/23/12 | J | A | |
| 523. PRECISION CASTPARTS | A | Dividend | J | T | | | | | |
| 524. Proctor Gamble | A | Dividend | J | T | Buy (add'l) | 10/23/12 | J | | |
| 525. | | | | | Buy (add'l) | 10/24/12 | J | | |
| 526. | | | | | Sold (part) | 12/12/12 | J | A | |
| 527. PT MEDIA NUSANTARA CITRA | A | Dividend | J | T | Buy | 03/01/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 49

Name of Person Reporting

Tucker, Petrese B.

Date of Report

06/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  PRUDENTIAL FINANCIAL INC | | None | | | Buy | 04/30/12 | J | | |
| 529. | | | | | Sold | 05/12/12 | J | | |
| 530.  QUALCOMM INC | A | Dividend | J | T | Buy (add'l) | 03/23/12 | J | | |
| 531. | | | | | Buy (add'l) | 04/18/12 | J | | |
| 532. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 533.  RR DONNELLEY SONS | A | Dividend | | | Sold (part) | 07/10/12 | J | | |
| 534. | | | | | Sold | 09/19/12 | J | | |
| 535.  RANGE RESOURCES CORP DEL | A | Dividend | J | T | Buy (add'l) | 04/19/12 | J | | |
| 536. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 537. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 538.  Raytheon Co Delaware New | A | Dividend | J | T | Sold (part) | 03/19/12 | J | A | |
| 539.  REMAX PLC-NEW NEW ADR | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 540.  REYNOLDS AMERICAN INC | A | Dividend | J | T | Sold (part) | 07/10/12 | J | | |
| 541.  ROCHE HLDG LTD | A | Distribution | | | Buy | 01/10/12 | J | | |
| 542. | | | | | Sold | 03/19/12 | J | A | |
| 543.  ROCKWELL AUTOMATION | A | Dividend | | | Buy (add'l) | 01/11/12 | J | | |
| 544. | | | | | Sold (part) | 06/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Tucker, Petrese B.

Date of Report

06/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold | 07/17/12 | J | | |
| 546. ROSS STORES INC COM | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 547. ROYAL DUTCH SHELL | A | Dividend | J | T | | | | | |
| 548. RYDER SYSTEMS INC | A | Dividend | | | Sold | 04/10/12 | J | A | |
| 549. SALESFORCE COM INC | | None | | | Sold | 07/30/12 | J | A | |
| 550. SAMPO PLC SHS | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 551. SANDISK CORP INC | | None | J | T | Buy (add'l) | 01/27/12 | J | | |
| 552. | | | | | Buy (add'l) | 03/02/12 | J | | |
| 553. | | | | | Sold (part) | 06/27/12 | J | | |
| 554. Sanofi Aventis Spon ADR | A | Dividend | | | Sold (part) | 03/19/12 | J | A | |
| 555. | | | | | Sold | 06/28/12 | J | A | |
| 556. SAP AG SHS | A | Dividend | | | Buy (add'l) | 03/19/12 | J | | |
| 557. | | | | | Sold | 10/11/12 | J | A | |
| 558. SBERBANK SPONSORED ADR | A | Dividend | J | T | Buy (add'l) | 03/19/12 | J | | |
| 559. Schlumberger Ltd | A | Dividend | J | T | Sold (part) | 02/17/12 | J | A | |
| 560. | | | | | Sold (part) | 12/17/12 | J | | |
| 561. SEKISUI HSE LD SPONS ADR | A | Dividend | | | Sold | 03/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. SEVEN AND I HOLDINGS CO (X) | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 563. SHERWIN WILLIAMS CO | A | Dividend | J | T | Buy | 08/09/12 | J | | |
| 564. SIGMA ALDRICH CORP | A | Dividend | | | Sold | 04/20/12 | J | | |
| 565. SK TELECOM | A | Dividend | | | Sold | 03/19/12 | J | | |
| 566. SKY DETSCHLND AG UNS ADR | | None | J | T | Buy | 06/13/12 | J | | |
| 567. SOUTHWEST AIRLNS CO | A | Dividend | | | Sold | 06/15/12 | J | | |
| 568. SPRINT NEXTEL CORP COM SER 1 | | None | | | Sold | 06/25/12 | J | | |
| 569. STAPLES | A | Distribution | J | T | Buy | 07/18/12 | J | | |
| 570. STARBUCKS CORP | A | Dividend | J | T | Buy (add'l) | 12/06/12 | J | | |
| 571. STARWOOD HOTELS AND RESORTS | A | Dividend | | | Sold (part) | 05/17/12 | J | | |
| 572. | | | | | Sold | 10/24/12 | J | A | |
| 573. STERICYCLE INC COM | | None | | | Sold | 03/27/12 | J | | |
| 574. SUMITOMO MITSUI-UNSPONS | A | Dividend | J | T | Buy (add'l) | 03/20/12 | J | | |
| 575. SUNCOR ENERGY INC NEW | A | Dividend | | | Buy | 03/19/12 | J | | |
| 576. | | | | | Sold | 05/07/12 | J | | |
| 577. SWATCH GROUP AG UNSPOND | | None | J | T | Buy | 11/12/12 | J | | |
| 578. SWISSCOM AG ADR | | None | | | Sold | 03/19/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. SYMANTEC CORP | | None | | | Sold | 10/08/12 | J | A | |
| 580. SYSCO CORP | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 581. T ROWE PRICE DIVIDEND GROWTH FUND | A | Dividend | J | T | Sold (part) | 03/21/12 | J | A | |
| 582. TAIWAN SEMICONDUCTOR MANUFACTURING CO LTD | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 583. TALISMAN ENERGY INC COM | | None | | | Buy | 01/10/12 | J | | |
| 584. | | | | | Sold | 03/19/12 | J | A | |
| 585. TECHNIP SP ADR | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 586. TELECOM ITALIA SPA ADR | | None | | | Sold | 03/19/12 | J | | |
| 587. TELEFONICA EMISIONES SAU COMPANY - 3.992% 2/16/2016 | A | Interest | | | Sold | 05/22/12 | J | | |
| 588. TELEKOMUNIKASI INDONESIA | A | Dividend | J | T | | | | | |
| 589. TELSTRA CORP | A | Dividend | | | Buy (add'l) | 03/20/12 | J | | |
| 590. | | | | | Sold | 08/03/12 | J | A | |
| 591. TERADATA CORP DEL | | None | J | T | Buy | 07/05/12 | J | | |
| 592. TEVA PHARMACTCL INDS ADR | A | Dividend | J | T | Buy | 01/09/12 | J | | |
| 593. | | | | | Sold (part) | 03/19/12 | J | | |
| 594. TIME WARNER CABLE INC | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 595. TIME WARNER INC | A | Dividend | | | Sold (part) | 03/27/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 12/06/12 | J | A | |
| 597. | | | | | Sold | 12/11/12 | J | A | |
| 598. TIME WARNER INC-4.875% 3/15/2020 | A | Interest | J | T | | | | | |
| 599. TNT EXPRESS NV SHS ADR | | None | | | Sold (part) | 02/21/12 | J | A | |
| 600. | | | | | Sold | 03/19/12 | J | A | |
| 601. Total S.A. Sp ADR | A | Dividend | J | T | Buy (add'l) | 04/11/12 | J | | |
| 602. | | | | | Sold (part) | 07/10/12 | J | | |
| 603. | | | | | Sold (part) | 09/04/12 | J | | |
| 604. TOUCHSTONE SANDS CAPITAL | | None | J | T | Buy | 03/21/12 | J | | |
| 605. TOYOTA MOTOR CORP ADR | | None | | | Sold | 03/19/12 | J | A | |
| 606. TOYOTA MOTOR CREDIT CORP SER MTN GLB-1.250% 10/05/2017 | | None | J | T | Buy | 10/03/12 | J | | |
| 607. TRAVELERS COS INC | A | Dividend | J | T | | | | | |
| 608. TULLOW OIL PLC SHS | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 609. TYCO INTL LTD NAMEN-AKT | A | Dividend | J | T | Sold (part) | 02/10/12 | J | A | |
| 610. | | | | | Sold (part) | 02/13/12 | J | A | |
| 611. | | | | | Buy (add'l) | 01/03/12 | J | | |
| 612. TYSON FOODS INC CL A | A | Dividend | | | Sold | 09/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. U.S. BANCORP (NEW) | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 614. U.S. BANCORP SER MTN 1.650% 5/15/2017 | A | Interest | J | T | Buy | 05/11/12 | J | | |
| 615. UNDER ARMOUR INC | | None | | | Buy | 04/20/12 | J | | |
| 616. | | | | | Sold | 10/24/12 | J | A | |
| 617. UNILEVER NV NY REG SHS | A | Dividend | J | T | Buy | 10/18/12 | J | | |
| 618. UNILEVER PLC NEW ADR | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 619. UNION PACIFIC CORP | A | Dividend | J | T | Sold (part) | 03/19/12 | J | A | |
| 620. | | | | | Buy (add'l) | 07/30/12 | J | | |
| 621. United Techs Corp Com | A | Dividend | J | T | | | | | |
| 622. UNITEDHEALTH GROUP | A | Dividend | J | T | Sold (part) | 02/03/12 | J | A | |
| 623. | | | | | Sold (part) | 06/13/12 | J | A | |
| 624. | | | | | Sold (part) | 07/10/12 | J | A | |
| 625. | | | | | Sold (part) | 09/04/12 | J | A | |
| 626. UNUM GROUP | A | Dividend | | | Sold | 03/19/12 | J | | |
| 627. US TREASURY BOND-4.375% 11/15/2039 | A | Interest | J | T | Sold (part) | 05/09/12 | J | A | |
| 628. | | | | | Sold (part) | 07/10/12 | J | A | |
| 629. US TREASURY NOTE-1.375% 2/28/2019 | A | Int./Div. | J | T | Buy | 03/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. US TREASURY NOTE-2.875% 1/31/2013 | A | Interest | J | T | Sold (part) | 05/09/12 | J | A | |
| 631. US TREASURY NOTE-4.25% 11/15/2017 | A | Interest | J | T | Sold (part) | 05/09/12 | J | A | |
| 632. US TREASURY NOTE-.250% 1/31/2014 | A | Interest | J | T | Buy | 02/14/12 | J | | |
| 633. US TREASURY NOTE-.250% 10/31/2014 | | None | J | T | Buy | 11/30/12 | J | | |
| 634. US TREASURY NOTE-.250% 2/15/2015 | A | Interest | J | T | Buy | 02/14/12 | J | | |
| 635. US TREASURY NOTE-.250% 7/15/2015 | | None | J | T | Buy | 09/20/12 | J | | |
| 636. US TREASURY NOTE-.625% 8/31/2017 | | None | J | T | Buy | 09/04/12 | J | | |
| 637. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 638. US TREASURY NOTE-.75% 10/31/2017 | | None | K | T | Buy | 11/23/12 | J | | |
| 639. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 640. US TREASURY NOTE-.875% 2/29/2012 | A | Interest | | | Redeemed | 02/29/12 | J | | |
| 641. US TREASURY NOTE-.875% 4/30/2017 | | None | J | T | Buy | 04/30/12 | J | | |
| 642. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 643. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 644. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 645. | | | | | Sold (part) | 09/11/12 | J | | |
| 646. | | | | | Sold (part) | 10/03/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. | | | | | Sold (part) | 10/24/12 | J | | |
| 648. US TREASURY NOTE-0.125% 7/31/2014 | | None | J | T | Buy | 08/14/12 | J | | |
| 649. US TREASURY NOTE-0.375% | A | Interest | J | T | Buy | 05/11/12 | J | | |
| 650. | | | | | Sold (part) | 06/04/12 | J | | |
| 651. | | | | | Sold (part) | 07/10/12 | J | | |
| 652. US TREASURY NOTE-.5% 05/31/2013 | A | Interest | J | T | Sold (part) | 06/04/12 | J | A | |
| 653. | | | | | Sold (part) | 07/10/12 | J | A | |
| 654. | | | | | Sold (part) | 07/24/12 | J | A | |
| 655. US TREASURY NOTE-1.375% 3/15/2013 | | None | | | Redeemed | 03/01/12 | J | A | |
| 656. US TREASURY NOTE-1.375% 5/15/2012 | A | Interest | | | Redeemed | 05/15/12 | J | | |
| 657. US TREASURY NOTE-1.50% 7/31/2016 | A | Interest | | | Redeemed | 03/01/12 | J | A | |
| 658. US TREASURY NOTE-1.750% 1/31/2014 | A | Interest | J | T | | | | | |
| 659. US TREASURY NOTE-2.00% 11/15/2021 | A | Interest | | | Buy | 01/27/12 | J | | |
| 660. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 661. | | | | | Buy (add'l) | 02/15/12 | J | | |
| 662. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 663. | | | | | Redeemed (part) | 07/10/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Redeemed (part) | 09/04/12 | J | A | |
| 665. | | | | | Redeemed | 12/07/12 | J | A | |
| 666. US TREASURY NOTE-2.00% 2/15/2022 | | None | | | Buy | 02/28/12 | J | | |
| 667. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 668. | | | | | Redeemed (part) | 07/10/12 | J | A | |
| 669. | | | | | Redeemed | 09/14/12 | J | A | |
| 670. US TREASURY NOTE-2.125% 8/15/2021 | | None | | | Redeemed (part) | 07/10/12 | J | A | |
| 671. | | | | | Sold | 09/17/12 | J | A | |
| 672. US TREASURY NOTE-2.50% 03/31/2013 | A | Interest | K | T | Buy | 07/31/12 | J | | |
| 673. | | | | | Buy (add'l) | 09/28/12 | K | | |
| 674. | | | | | Redeemed (part) | 10/31/12 | J | | |
| 675. | | | | | Redeemed (part) | 11/30/12 | J | | |
| 676. US TREASURY NOTE-2.375% 7/31/2017 (Y) | | | | | | | | | |
| 677. US TREASURY NOTE-2.625% 11/15/2020 (Y) | | | | | | | | | |
| 678. US TREASURY NOTE-2.625% 12/31/2014 | A | Int./Div. | J | T | Buy (add'l) | 05/22/12 | J | | |
| 679. US TREASURY NOTE-2.750% 11/30/2016 | A | Interest | J | T | | | | | |
| 680. US TREASURY NOTE-3.125% 5/15/2019 | A | Interest | K | T | Redeemed (part) | 02/17/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. US TREASURY NOTE-3.125% 5/15/2021 | A | Interest | J | T | Buy (add'l) | 01/01/12 | J | | |
| 682. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 683. | | | | | Redeemed (part) | 02/09/12 | J | A | |
| 684. US TREASURY NOTE-3.625% 02/15/2020 | A | Interest | J | T | Buy (add'l) | 07/20/12 | J | | |
| 685. US TREASURY NOTE-3.625% 08/15/2019 | A | Interest | J | T | Redeemed (part) | 06/04/12 | J | A | |
| 686. US TREASURY NOTE-4.25% 9/30/2012 | B | Interest | | | Redeemed (part) | 02/17/12 | J | | |
| 687. | | | | | Redeemed (part) | 08/14/12 | J | | |
| 688. | | | | | Redeemed (part) | 09/04/12 | J | | |
| 689. | | | | | Redeemed | 10/01/12 | J | | |
| 690. US TRSY INFLATION BOND-2.375% 1/15/2029 | A | Interest | J | T | Redeemed (part) | 01/27/12 | J | A | |
| 691. | | | | | Redeemed (part) | 01/31/12 | J | A | |
| 692. | | | | | Redeemed (part) | 02/28/12 | J | A | |
| 693. | | | | | Redeemed (part) | 02/29/12 | J | A | |
| 694. | | | | | Buy (add'l) | 07/11/12 | J | | |
| 695. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 696. US TRSY INFLATION BOND-.750% 2/15/2042 | A | Interest | J | T | Buy | 07/24/12 | J | | |
| 697. US TRSY INFLATION BOND-2.375% 1/15/2025 | | None | J | T | Buy | 12/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. US TRSY INFLATION BOND-3.625% 4/15/2028 | A | Interest | | | Redeemed (part) | 02/14/12 | J | A | |
| 699. | | | | | Redeemed | 02/15/12 | J | | |
| 700. US TRSY INFLATION NOTE-3% 7/15/2012 | A | Interest | | | Redeemed | 07/16/12 | J | A | |
| 701. US TRSY INFLATION NTE-.125% 7/15/2022 | | None | J | T | Buy | 07/24/12 | J | | |
| 702. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 703. US TRSY INFLATION NOTE-.625% 7/15/2021 | | None | J | T | | | | | |
| 704. USD CANADIAN NATURAL RES-5.7% 5/15/2017 | A | Interest | J | T | | | | | |
| 705. USD BANK NOVA SCOTIA-2.550% 1/31/2017 | A | Interest | J | T | Buy | 01/09/12 | J | | |
| 706. USD CANADIAN NATURAL RES-5.7% 5/15/2017 (X) | A | Int./Div. | J | T | | | | | |
| 707. V F CORPORATION | A | Dividend | J | T | | | | | |
| 708. VALE SE | A | Interest | J | T | Buy | 03/19/12 | J | | |
| 709. VALEO SPONSORED ADR | A | Dividend | | | Buy (add'l) | 03/19/12 | J | | |
| 710. | | | | | Sold | 10/02/12 | J | | |
| 711. Valero Energy Corp New | A | Dividend | J | T | Sold (part) | 06/27/12 | J | | |
| 712. VERIFONE SYSTEMS INC | | None | | | Sold | 04/30/12 | J | A | |
| 713. VERIZON COMMUNICATION COM | A | Dividend | J | T | Buy (add'l) | 04/26/12 | J | | |
| 714. | | | | | Buy (add'l) | 06/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 07/27/12 | J | | |
| 716. | | | | | Sold (part) | 06/25/12 | J | | |
| 717. VERIZON COMMUNICATION-5.5% 02/15/2018 | A | Interest | | | Redeemed | 02/17/12 | J | A | |
| 718. VERTEX PHARMCTLS INC | | None | J | T | Buy | 05/30/12 | J | | |
| 719. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 720. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 721. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 722. VIACOM INC NEW CL B | A | Dividend | J | T | Sold (part) | 03/19/12 | J | | |
| 723. VODAFONE | A | Dividend | J | T | Sold (part) | 03/19/12 | J | | |
| 724. WACHOVIA CORP BOND | A | Interest | J | T | | | | | |
| 725. Wal-Mart Stores Inc | A | Dividend | J | T | Sold (part) | 01/05/12 | J | A | |
| 726. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 727. | | | | | Sold (part) | 04/23/12 | J | A | |
| 728. | | | | | Sold (part) | 07/10/12 | J | A | |
| 729. WALMART STORES INC 5.8% 2/15/2018 | A | Interest | J | T | Redeemed (part) | 02/17/12 | J | A | |
| 730. WALT DISNEY | | None | J | T | Buy | 12/12/12 | J | | |
| 731. WATERS CORP | | None | | | Sold | 01/11/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. WELLPOINT INC | A | Dividend | | | Sold | 06/26/12 | J | A | |
| 733. WELLS FARGO & CO NEW DEL | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 734. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 735. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 736. WESTERN UN CO | A | Dividend | | | Sold | 11/14/12 | J | | |
| 737. WHIRLPOOL CORP | A | Dividend | J | T | | | | | |
| 738. XEROX CORP | A | Dividend | J | T | Buy (add'l) | 02/03/12 | J | | |
| 739. | | | | | Sold (part) | 07/10/12 | J | | |
| 740. XSTRATA PLC | A | Dividend | | | Sold | 05/23/12 | J | | |
| 741. YUM BRANDS INC | A | Dividend | | | Sold | 07/05/12 | J | A | |
| 742. ZOOMLION HEAVY INDUSTRY | A | Dividend | J | T | Buy | 05/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 06/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investment Line 4 - Appraisal Date 1/20/2009

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Petrese B. Tucker**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544